**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**STONEBRIDGE OPERATING CO., LLC,**
*et al.*,

      **Plaintiffs,**

  v.                                  Case No. 2:19-cv-1714
                                       JUDGE EDMUND A. SARGUS, JR.
**ANTERO RESOURCES CORP.,**          Chief Magistrate Judge Elizabeth P. Deavers

      **Defendant.**

**<u>ORDER</u>**

      This matter is before the Court on Defendant's Motion to Strike of File a Surreply (ECF No. 62), which is hereby **GRANTED in part and DENIED in part**. That is, the Court denies Defendant's request to strike portions of Plaintiff's filings and grants Defendant's request to file a surreply. The Court has considered Defendant's arguments in its decision on the parties' cross motions for summary judgment.

      **IT IS SO ORDERED.**

**<u>July 1, 2022</u>**                           */s/ Edmund A. Sargus, Jr.*
**DATE**                                 **EDMUND A. SARGUS, JR.**
                                        **UNITED STATES DISTRICT JUDGE**