UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**STONEBRIDGE OPERATING CO., LLC,**
*et al.*,

    **Plaintiffs,**

    v.

**ANTERO RESOURCES CORP.,**

    **Defendant.**

Case No. 2:19-cv-1714
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter has been resolved by settlement agreement of the parties.  The Clerk is **DIRECTED** to **TERMINATE** all pending motions (ECF Nos. 100-104, 107-111, 128).

**ENTER JUDGMENT** and **CLOSE** this case.  This Court retains jurisdiction over any dispute arising from the settlement.

    **IT IS SO ORDERED.**


**4/13/2023**  
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT COURT**